UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MCLAREN AUTOMOTIVE LTD., and DOES 1-10,<br><br>Defendants. | Case No:  C 16-01091- SBA<br><br>**ORDER STRIKING MOTION** |

This Court's Standing Orders require the parties to meet and confer prior to filing any motion or request.  Standing Order No. 4 states:

> **Meet and Confer Requirement**. All parties *shall* meet and confer before filing any motion or other non-stipulated request. Any motion or request shall include a certification, which may be submitted separately or included in the body of the document, that the parties have complied with the meet and confer requirement.  The Court may disregard and/or strike any papers submitted that do not comply with this rule.

This requirement is essential to ensure that there is, in fact, a dispute which requires judicial intervention.  It also conserves the limited time and resources of the Court and the parties, by obviating the filing of unnecessary motions.  Defendant's motion for a more definite statement, Dkt. 8, does not comport with this requirement.  Accordingly,

IT IS HEREBY ORDERED THAT Defendant's Motion to Require Repleading and/or for a More Definite Statement is DENIED WITHOUT PREJUDICE to renewing said motion in compliance with the Court's Standing Orders, as set forth above.

IT IS SO ORDERED.

Dated: March 15, 2016

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge