UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MCLAREN AUTOMOTIVE LTD., and DOES 1-10,<br><br>　　　　Defendants. | Case No:  C 16-01091- SBA<br><br>**ORDER** |

　　The Court having been notified of the settlement of this action, <u>see</u> Dkt. 26, and it appearing that no issue remains for the Court's determination,

　　IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within sixty (60) days of this order.  All scheduled dates are VACATED.

　　IT IS SO ORDERED.

Dated:  5/25/2016

　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　Senior United States District Judge