1  Stephen N. Cole, Esq.
   **THE COLE LAW FIRM**
2  3410 Industrial Blvd., Suite 100
   West Sacramento, CA 95691
3  Telephone:   (916) 376-0486
   Facsimile:    (916) 376-0478
4
   Attorneys for Plaintiff
5  Philadelphia Indemnity Insurance Company

6  Cory M. Curtis, Esq.
   **BAKER & HOSTETLER, LLP**
7  811 Main Street
   Suite 1100
8  Houston, TX  77002-6111
   Telephone:   (713) 751-1600
9  Facsimile:    (713) 751-1717

10 Justin T. Winquist, Esq.
   **BAKER & HOSTETLER LLP**
11 1801 California Street #4400
   Denver, CO  80202
12 Telephone:   (303) 861-0600

13 Maurice Sanchez, Esq.
   **BAKER & HOSTETLER LLP**
14 600 Anton Blvd., Suite 900
   Costa Mesa, CA  92626-7221
15 Telephone:   (714) 754-6600
   Facsimile:    (714) 754-6611
16
   Attorneys for Defendant
17 McLAREN AUTOMOTIVE, LTD.

18

19                  UNITED STATES DISTRICT COURT
20
                    NORTHERN DISTRICT OF CALIFORNIA
21

22 | PHILADELPHIA INDEMNITY | Case No.: 4:16-cv-01091-SBA |
   | INSURANCE COMPANY, | |
23 | | **STIPULATION AND ORDER OF** |
   |     Plaintiff, | **DISMISSAL** |
24 | | |
   |   v. | |
25 | | |
   | McLAREN AUTOMOTIVE, LTD., DOES | |
26 | 1 to 10, Inclusive, | |
27 | | |
   |     Defendants. | |
28

- 1 -

STIPULATION AND ORDER OF DISMISSAL [Case No. 5:14-cv-02094-VAP-KK

1. WHEREAS, Plaintiff PHILADELPHIA INDEMNITY INSURANCE COMPANY has agreed to dismiss this action in its entirety, with prejudice, under Federal Rules of Civil Procedure, Rule 41(a)(1); and

2. WHEREAS, the Parties to this action have executed a Settlement Agreement and Full Release of All Claims; and

3. WHEREAS, the Parties to this action agree that each side is to bear its own costs and attorneys' fees in this matter;

4. The Parties to this action agree, through their respective attorneys, that Plaintiff PHILADELPHIA INDEMNITY INSURANCE COMPANY dismiss this action in its entirety, with prejudice, each side bearing its own costs.

DATED:                                            THE COLE LAW FIRM

                                                  By _____
                                                  Stephen N. Cole
                                                  Attorneys for Plaintiff
                                                  PHILADELPHIA INDEMNITY
                                                  INSURANCE COMPANY

DATED:                                            BAKER & HOSTETLER, LLP

                                                  By _____
                                                  Cory M. Curtis, Esq.
                                                  Attorneys for Defendant
                                                  McLaren Automotive, Ltd.

## ORDER

The Court has considered the above stipulation and, IT IS SO ORDERED.

Dated: 7/14/16

_____
Saundra B Armstrong
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

- 2 -
STIPULATION AND ORDER OF DISMISSAL [Case No. 5:14-cv-02094-VAP-KK]